1425  HALE vs. TOWNSHIP BOARD (Baldwin), 49 M., 270.

To compel respondent to meet with the township board of Tawas and adjust and apportion an alleged indebtedness growing out of certain bonds issued by Tawas in aid of a plank road company, while the territory now in Baldwin formed a part of Tawas.

Denied October 18, 1882.

1426  SNOW vs. DEAN (Chairman of the Board of Supervisors, Alcona), No. 12624.

To compel respondent to countersign an order directed to be drawn by the board of supervisors in favor of relator.

Order to show cause allowed March 8, 1892.

1427  PRATT ET AL. vs. CROSS (Clerk) AND HUMPHREY (Chairman Board of Supervisors), No. 15374.

To compel respondents to sign an order for a sum awarded by the board of supervisors to relators for services rendered in preparing and furnishing plans for a court house. All proceedings in relation to the construction of said court house having been afterwards enjoined.

Granted February 19, 1896, with costs.

Respondents claimed that the injunction restrained them from complying with the demand made by relators.

1428  McGILLAN vs. SCHONEWEG (Chairman of Board of Supervisors, Baraga), No. 13555.

To compel respondent to sign an order upon the county treasurer for the purchase price of certain lands, which had been deeded to the county for use as a site for a poor farm.

Order to show cause allowed May 31, 1893.